UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS DEVELOPMENT CORPORATION, INC., a California corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a California municipal corporation, CITY OF SAN MARCOS, a California municipal corporation, CITY OF ESCONDIDO, a California municipal corporation, HOLLANDIA DAIRY, INC., a California corporation, and DOES 1 THROUGH 100, inclusive,<br><br>                        Defendants.<br><br>AND RELATED COUNTER-ACTIONS AND CROSS-ACTIONS | Case No.: 3:12-cv-334-GPC-KSC<br><br>**ORDER STRIKING HOLLANDIA'S THIRD PARTY COMPLAINT AND REQUIRING THAT HOLLANDIA SEEK LEAVE OF COURT TO JOIN THIRD PARTIES**<br><br>**[ECF No. 288]** |

Plaintiff/Counter-Defendant Citizens Development Corporation ("CDC") and Defendants/Cross-Claimants City of San Marcos, City of Escondido, County of San Diego and Vallecitos Water District (collecting the "PADS") filed Joint Motion to Strike Hollandia's Third Party-Complaint under Fed. R. Civ. Pr. 14 on April 26, 2019. ECF No.

290. The above parties filed the Joint Motion in response to a Third-Party Complaint against approximately 332 new Third-Party Defendants filed by Hollandia initially on April 12, 2012 and re-filed on April 24, 2019. ECF Nos. 284 and 288. The Court observes that Hollandia failed to add any third parties within the required 14 days under Fed. R. Civ. Pr. 14(a)(1). The Court also takes notice of Magistrate Judge Crawford's Scheduling Order which directed that "any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by April 12, 2019." ECF No. 276. Moreover, the Court finds that Hollandia did not seek leave of Court by way of a motion to join other parties prior to filing its Third Party Complaint. As a result, the Court ordered Hollandia to show cause for why the Court should not strike the third-party complaint. ECF No. 296.

Upon reviewing Hollandia's Response to the Order to Show Cause re. Noncompliance with Prior Scheduling Order, ECF No. 300, this Court **STRIKES** Hollandia's Third Party Complaint, ECF No. 288, for failure to seek leave of Court and non-compliance with the Scheduling Order's instruction that motions to join other parties be filed by April 12, 2019. ECF No. 276. Accordingly, the Court **ORDERS** that Hollandia adhere to Federal Rule of Civil Procedure 16(b)(4) and seek leave of Court through a motion to join other parties, which shall be filed on or before May 15, 2019. Any opposition to the motion is due on or before May 29, 2019. The Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: May 8, 2019

Hon. Gonzalo P. Curiel
United States District Judge