UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CITIZENS DEVELOPMENT CORPORATION, INC., a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a California corporation, et al.,<br><br>                Defendant. | Case No.: 12CV334-GPC(KSC)<br><br>**ORDER SETTING MANDATORY SETTLEMENT CONFERENCE** |
|---|---|

A Settlement Conference will be conducted on **September 25, 2019,** at **9:30 a.m.** in the chambers of United States Magistrate Judge Karen S. Crawford, U.S. District Court, 333 West Broadway, Suite 1010, San Diego, California 92101. **The Settlement Conference will take place between Citizens Development Corporation, Inc. and Hollandia Diary, Inc. only**. Counsel, party and insurance representatives with full and complete settlement authority on behalf of these parties shall attend.

**All party representatives, and claims adjusters for insured parties, must have full and unlimited authority to negotiate and enter into a binding settlement, as well as the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the Settlement Conference**.

"Full and unlimited authority" means that the individuals at the Settlement Conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc*., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). One of the purposes of requiring a person with unlimited settlement authority to attend the conference is that the person's view of the case may be altered during a face-to-face conference. *Id*. at 486. A limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc*., 270 F.3d 590, 595-597 (8th Cir. 2001). Failure of any of the aforementioned to appear in person will result in the imposition of sanctions.

Confidential settlement briefs are not required. One week prior to the Settlement Conference each party shall provide the Court with the names and party association of all individuals attending the Settlement Conference on its behalf.

Dated: August 12, 2019

Hon. Karen S. Crawford
United States Magistrate Judge