UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS DEVELOPMENT CORPORATION, INC., a California Corporation,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF SAN DIEGO, a California municipal corporation, CITY OF SAN MARCOS, a California municipal corporation, CITY OF ESCONDIDO, a California municipal corporation, VALLECITOS WATER DISTRICT, a California municipal corporation, HOLLANDIA DAIRY, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 12CV334 GPC(KSC)<br><br>**ORDER:**<br><br>**(1) GRANTING EX PARTE APPLICATION TO SHORTEN THE TIME FOR HEARING THE JOINT MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION; AND**<br><br>**(2) SETTING BRIEFING SCHEDULE**<br><br>**[ECF Nos. 393, 394]** |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Before the Court is the ex parte application to shorten the time for hearing the Joint Motion for Good Faith Settlement Determination and Establishment of Vallecitos LSM Settlement Trust, ECF No. 393, filed by Defendant Vallecitos Water District ("Vallecitos"). ECF No. 394. Defendants County of San Diego, City of San Marcos, and City of Escondido ("Public Entities") oppose. ECF No. 395.

The Court finds that good cause supports granting the ex parte application to advance the hearing date and **GRANTS** the application insofar as it requests advancing the hearing date to the earliest date available. The hearing shall be set for **February 19, 2021** at 1:30 P.M. in Courtroom 2D.

Further, the Court will set the following briefing schedule on the Joint Motion for Good Faith Settlement Determination. Any opposition to the motion shall be filed on or before **January 29, 2021**. Any reply shall be filed on or before **February 5, 2021**.

**IT IS SO ORDERED.**

Dated: January 4, 2021

Hon. Gonzalo P. Curiel
United States District Judge