UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS DEVELOPMENT CORPORATION, a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a California corporation, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:12-cv-00334-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**[Doc. No. 397]** |

Before the Court is the parties' Joint Motion to Amend Scheduling Order ("Motion" or "Mot."). Doc. No. 397. The parties jointly request that the current deadline to supplement expert disclosures be continued two weeks, from January 15, 2021 to January 29, 2021. Mot. at 2. The parties report that despite diligent efforts, they will not be able to meet the current deadline. *Id.* at 3.

Good cause appearing, and in light of the parties' representation that the requested extension will not "interfere with or require modification of any other case management date" set forth in the operative Scheduling Order, including the April 2, 2021 deadline to complete expert discovery (*see id.* at 4), the Court **GRANTS** the parties' Motion. All parties shall have until and including January 29, 2021 to supplement their expert

disclosures. All other dates, deadlines and instructions set forth in the Court's June 15, 2020 Amended Scheduling Order [Doc. No. 391] remain in effect. No further extensions will be granted absent a showing of good cause.

The Joint Motion describes a dispute between the parties concerning the sequence of expert disclosures and depositions. *See* Mot. at 3-6. However, the parties have not requested the Court's intervention at this time. *Id.* at 6. The parties are ordered to continue to meet and confer in good faith, and to contact the Court if they are unable to resolve their dispute in accordance with the undersigned's Chambers' Rules.

**IT IS SO ORDERED.**

Dated: January 7, 2021

Hon. Karen S. Crawford
United States Magistrate Judge